January 12, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

SECURE PROPERTIES, INC., Appellant

NO. 14-11-00051-CV                          V.

CITY OF HOUSTON, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, CITY OF HOUSTON, signed December 10, 2010, was heard on the transcript of the record. We have inspected the record and find the district court erred in granting summary judgment in favor of appellee, CITY OF HOUSTON, on the issue of whether substantial evidence supports the City of Houston Building and Standards Commission's finding that appellant, SECURE PROPERTIES, INC., failed to keep the interior of Building 1 "free from rubbish and garbage" pursuant to Houston Code of Ordinances section 10-343(e)(3). We therefore order that the portion of the summary judgment on this issue is **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order the parties to pay their own costs incurred in this appeal. We further order this decision certified below for observance.